**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

STEPHANI GALVEZ CHAVEZ, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class,*
              Plaintiff,

    v.

SEAMORE'S ON ICE LLC,
1270 3RD RESTAURANT LLC
    d/b/a Seamore's,
390 BROOME RESTAURANT LLC
    d/b/a Seamore's,
161 8TH AVE RESTAURANT LLC
    d/b/a Seamore's,
S OUT EAST LLC
    d/b/a Seamore's,
S UP TOP LLC
    d/b/a Seamore's,
S DOWN BELOW LLC
    d/b/a The Hull Sports Bar,
S BIG SWING LLC
    d/b/a Seamore's,
JAY WAINWRIGHT, and
MICHAEL CHERNOW,
              Defendants.

**Case No.:** 1:23-cv-07141

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff STEPHANI

GALVEZ CHAVEZ hereby accepts and provides notice that she has accepted Defendants' Offer

of Judgment dated November 28, 2023, and annexed hereto as **Exhibit A.**

Dated: November 29, 2023

                          Respectfully submitted,

By:

                          C.K. Lee, Esq. (CL 4086)
                          LEE LITIGATION GROUP, PLLC
                          148 West 24th Street, 8th Floor
                          New York, NY 10011
                          Tel.: (212) 465-1188
                          Fax: (212) 465-1181
                          *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Wayne S. Kreger, Esq.
Law Offices of Wayne Kreger
wayne@kregerlaw.com
305 Broadway, Suite 700
New York, New York 10007
Tel.: (212) 500-3270
Fax.: (212) 500-3271
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.