UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHANI GALVEZ CHAVEZ, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

SEAMORE'S ON ICE LLC,
1270 3RD RESTAURANT LLC
    d/b/a Seamore's,
390 BROOME RESTAURANT LLC
    d/b/a Seamore's,
161 8TH AVE RESTAURANT LLC
    d/b/a Seamore's,
S OUT EAST LLC
    d/b/a Seamore's,
S UP TOP LLC
    d/b/a Seamore's,
S DOWN BELOW LLC
    d/b/a The Hull Sports Bar,
S BIG SWING LLC
    d/b/a Seamore's,
JAY WAINWRIGHT, and
MICHAEL CHERNOW,
                Defendants.

Case No.: 1:23-cv-07141

~~[PROPOSED]~~
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants SEAMORE'S ON ICE LLC, 1270 3RD RESTAURANT LLC, 390 BROOME RESTAURANT LLC, 161 8TH AVE RESTAURANT LLC, S OUT EAST LLC, S UP TOP LLC, S DOWN BELOW LLC, S BIG SWING LLC, JAY WAINWRIGHT, and MICHAEL CHERNOW (collectively "Defendants"), having offered to allow Plaintiff STEPHANI GALVEZ CHAVEZ ("Plaintiff") to take a judgment against them, in the sum of Twelve Thousand and Five Hundred Dollars and No Cents ($12,500.00) ("Judgment Amount"), to resolve all of Plaintiff's individual Fair Labor Standards Act claims against Defendants, in accordance with the terms and conditions

of Defendants' Rule 68 Offer of Judgment dated November 28, 2023 and filed as Exhibit A to Docket Number 19;

**WHEREAS**, on November 29, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 19);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff STEPHANI GALVEZ CHAVEZ, in the sum of $12,500, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 29, 2023 and filed as Exhibit A to Docket Number 19. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated:  November 30, 2023
       New York, New York

_____
U.S.D.J. JESSE M. FURMAN